ADRMOP, CLOSED, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02818-MHP

| | |
|---|---|
| Dickerson v. Intel Corporation | Date Filed: 07/11/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: None |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Dwight E. Dickerson** | represented by | **Bruce J. Wecker**<br>Hosie McArthur LLP<br>One Market, Spear Street Tower<br>22nd Floor<br>San Francisco, CA 94105<br>(415) 247-6000<br>Fax: (415) 247-6001<br>Email: bwecker@hosielaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Spencer Hosie**<br>Hosie & McArthur LLP<br>One Market Street<br>Spear Street Tower<br>22nd Floor<br>San Francisco, CA 94105<br>(415) 247-6000<br>Fax: (415) 247-6001<br>Email: shosie@hosielaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation** | represented by | **Joy K. Fuyuno**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: joy.fuyuno@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Christopher B. Hockett**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: chris.hockett@bingham.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2005 | 1 | COMPLAINT /issued summons against Intel Corporation ( Filing fee $ 250, receipt number 3374281.). Filed byDwight E. Dickerson. (ga, COURT STAFF) (Filed on 7/11/2005) Additional attachment(s) added on 7/15/2005 (ga, COURT STAFF). (Entered: 07/12/2005) |
| 07/11/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 11/2/2005. Case Management Conference set for 11/9/2005 10:30 AM.. Signed by Judge James Larson on 7/11/05. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/11/2005 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 7/11/2005) (Entered: 07/12/2005) |
| 07/21/2005 | 3 | SUMMONS Returned Executed by Dwight E. Dickerson. Intel Corporation served on 7/14/2005, answer due 8/3/2005. (ga, COURT STAFF) (Filed on 7/21/2005) (Entered: 07/21/2005) |
| 07/27/2005 | 4 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 5 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 6 | STIPULATION re 1 Complaint *And Proposed Order To Continue Filing Date* by Intel Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Hockett, Christopher) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/26/2005 | 7 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 11/08/2005 | 8 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |

| 11/17/2005 | 9 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| --- | --- | --- |
| 12/17/2005 | 10 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 11 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/12/2006 05:58:30 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02818-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |