| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DWIGHT E. DICKERSON, a resident of Oakland, California, on behalf of himself and all others similarly situated, | | No. C 05 2818 MHP |
| | | NOTICE OF APPEARANCE |
| Plaintiff, | | |
| v. | | |
| INTEL CORPORATION, a Delaware corporation, | | |
| Defendant. | | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

PLAINTIFF(S) IN THIS ACTION:

      PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San Francisco, CA 94111, members of the State Bar of California admitted to practice before this Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation. In addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800, Washington, DC 20036, member of the Bar of the District of Columbia and the State Bar of

/ / /

1  Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant
2  Intel Corporation.
3  DATED: July 28, 2005

Bingham McCutchen LLP

By: _____/s/ Joy K. Fuyuno_____
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

---

2  
Case No. C 05 2818 JL

NOTICE OF APPEARANCE

SF/21627260.1