| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, California 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| 5 | Attorneys for Defendant |
| | Intel Corporation |
| 6 | |
| 7 | |

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| 12 | DWIGHT E. DICKERSON, a resident of Oakland, California, on behalf of himself and all others similarly situated | No. 05-2818 |
| 13 | | DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | INTEL CORPORATION, | |
| 17 | Defendant. | |

18
19
20
21
22
23
24
25
26

SF/21633107.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1   Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2   that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4   than the named parties, there is no such interest to report.
5   DATED:  August 26, 2005

6                                    BINGHAM McCUTCHEN LLP

8                         By:  _____/s/ *Joy K. Fuyuno*_____
9                                    Joy K. Fuyuno
                                     Attorneys for Defendant
10                                   Intel Corporation

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SF/21633107.1                         2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT