**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 10, 2006

USDC for the District of Delaware
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801

RE: **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**

| | |
|---|---|
| CV 05-02669 MHP | **(05-773 JJF (D/DE)** |
| CV 05-2699 MHP | **(05-774 JJF (D/DE)** |
| CV 05-2700 MHP | **(05-775 JJF (D/DE)** |
| CV 05-2720 MHP | **(05-776 JJF (D/DE)** |
| CV 05-2721 MHP | **(05-777 JJF (D/DE)** |
| CV 05-2743 MHP | **(05-778 JJF (D/DE)** |
| CV 05-2758 MHP | **(05-779 JJF (D/DE)** |
| CV 05-2813 MHP | **(05-780 JJF (D/DE)** |
| CV 05-2818 MHP | **(05-781 JJF (D/DE)** |
| CV 05-2823 MHP | **(05-782 JJF (D/DE)** |

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

(✔)   Certified copy of docket entries

(✔)   Certified copy of TRANSFERRAL ORDER

(✔)   Original case file documents

(✔)   Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gina Agustine*

by: Gina Agustine-Rivas
Case Systems Administrator

Enclosures

Copies to counsel of record

Case 3:05-cv-00781-JMH Document 113 Filed 00/11/02/2006 Page 2 of 2

Copies to counsel of record