1  related matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28

2  U.S.C. Section 1407, and the above-styled action has been identified as a related action to that

3  petition. As a result, the outcome of the pending petition will impact significantly the schedule

4  of this case.

5        This is the first stipulation between the parties. Because this litigation has just

6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7  IT IS HEREBY STIPULATED.
DATED: July 20, 2005

8

9        Bingham McCutchen LLP

10

11

12  By: _____
      JOY K. FUYUNO
      Attorneys for Defendant

13        Intel Corporation

14

15

16        Hosie McArthur LLP

17

18  By: _____

19        BRUCE J. WECKER
      Attorneys for Plaintiff

20        Dwight E. Dickerson

21

22